1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Sara Gunderson, Esq., SBN 302582
   100 Pine St., Ste 1250
3  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
4  sarag@potterhandy.com

5  Attorneys for Plaintiff

6                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
7

8

9  **Scott Johnson**,                    )   Case No.: 3:21-cv-08974-CRB
                                          )
10         Plaintiff,                     )   **Notice of Association of Counsel**
                                          )
11      v.                                )
                                          )
12 **Roberto's Cantina, Inc.; ;**         )
   ; and Does 1-10,                       )
13                                        )   Complaint Filed: 11/19/2021
           Defendants                     )
14                                        )
                                          )
15                                        )

16 _____

17 TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

18        PLEASE TAKE NOTICE that Sara Gunderson, Esq. of the firm Center for Disability Access, 100

19 Pine St., Ste 1250, San Francisco, CA 94111, hereby appears as counsel on behalf of Plaintiff Scott

20 Johnson. All pleadings and other papers served on Scott Johnson should also be directed to the

21 attention of Sara Gunderson.

22

23 Dated: September 21, 2022              CENTER FOR DISABILITY ACCESS

24                                        By:  ___/s/ Sara Gunderson___

25                                        Sara Gunderson, Esq.

26                                        Attorneys for Plaintiff

27

28

                                    -1-