CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Sara Gunderson, Esq., SBN 302582
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
sarag@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br><br> v.<br><br>**Roberto's Cantina, Inc.; ;**<br>; and Does 1-10,<br><br>    Defendants | Case No.: 3:21-cv-08974-CRB<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>Complaint Filed: 11/19/2021 |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: September 21, 2022        CENTER FOR DISABILITY ACCESS


                By:  /s/ Sara Gunderson
                Sara Gunderson
                Attorneys for Plaintiff

-1-